IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JENNIFER YOUNGWITH, ) <br> By her Parent and Next Friend, ) <br> JANICE YOUNGWITH, Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> SPECIAL OLYMPICS ILLINOIS, a ) <br> not-for-profit Illinois corporation, and ) <br> BOARD OF EDUCATION OF COMMUNITY ) <br> HIGH SCHOOL DISTRICT 94, ) <br> ) <br> Defendants. ) | Case Number: 10 C 5154 <br><br> Judge Norgle <br><br> Magistrate Judge Valdez |

## JOINT AGREED STATUS REPORT

1. This matter is currently set for status on February 24, 2012 at 10:00 A.M.

2. For the reasons stated below, the parties believe that continuing the status date until after March 21, 2012 may conserve resources of the Court and the parties.

3. Plaintiff has reached an agreement as to settlement terms with each Defendant.

4. As Jennifer Youngwith is an adult under guardianship and resides in West Chicago, Illinois, any settlement agreement must be approved by the DuPage County Probate Court.

5. It is in Jennifer Youngwith's best interest to have a special needs trust created prior to having the settlement approved and such a trust is in the process of being created.

6. The special needs trust must also be approved by the Probate Court.

7. Jennifer Youngwith will be seeking Probate Court approval of the settlement agreements and the special needs trust on March 14, 2012.

8. The parties agree that continuing the February 24, 2012 status date until after March 21, 2012 should enable the parties to have the matter completely resolved and conserve resources of the Court and the parties.

9.Nevertheless, the parties are planning on appearing on February 24, 2012 unless the court rules otherwise.

Date:  February 21, 2011

Respectfully Submitted,

| | | |
|---|---|---|
| */s/ Alan M. Goldstein* | */s/ William F. Gleason* | */s/ Philip J. Fowler* |
| Attorney for Plaintiff | Attorney for Board of Education of Community High School District 94 | Attorney for Special Olympics Illinois |
| Alan M. Goldstein<br>Amy F. Peterson<br>Lauren M. Lowe<br>Attorneys for Plaintiff<br>Equip for Equality<br>20 N. Michigan Ave., #300<br>Chicago, Illinois 60602<br>(312) 895-7318 (Phone)<br>(800) 610-2779 (TTY)<br>(312) 341-0295 (Fax)<br>Alan@equipforequality.org<br>Amy@equipforequality.org<br>Lauren@equipforequality.org | William F. Gleason<br>Daniel M. Boyle<br>Sraga Hauser, LLC<br>Attorneys for Board of Education of Community High School District 94<br>19730 Governors Highway<br>Suite 10<br>Flossmoor, IL 60422<br>(708)799-6766 | Philip J. Fowler<br>Stephanie Stewart-Page<br>Ted S.P. Li<br>Gloor Law Group, LLC<br>Attorneys for Special Olympics Illinois<br>225 West Wacker Drive<br>Suite 1800<br>Chicago, Illinois 60606<br>(312) 752-3700<br>(312) 752-3701 ó Fax |

## **CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, on oath, states that he served the attached Joint Agreed Status Report to Defendant's counsel of record via electronic means on February 21, 2012.

 */s/ Alan M. Goldstein*
Attorney for Plaintiff