

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5154 | **DATE** | 3/23/2012 |
| **CASE TITLE** | JENNIFER YOUNGWITH vs. SPECIAL OLYMPICS ILLINOIS, et al. | | |

**DOCKET ENTRY TEXT**

Enter Dismissal Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

2012 MAR 27 PH 4:33
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|