

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER YOUNGWITH, | ) | |
| Plaintiff, | ) | Case Number: 10-cv-05154 |
| By her Parent and Guardian, | ) | |
| JANICE YOUNGWITH, | ) | |
| | ) | |
| | ) | |
| v. | ) | Judge: Charles R. Norgle, Sr. |
| | ) | |
| SPECIAL OLYMPICS ILLINOIS, a | ) | |
| not-for-profit Illinois corporation, and | ) | Magistrate Judge: Maria Valdez |
| BOARD OF EDUCATION OF COMMUNITY | ) | |
| HIGH SCHOOL DISTRICT 94, | ) | |
| Defendants. | ) | |

**ORDER**

This cause coming to be heard on the Agreed Joint Motion for Dismissal With Prejudice of Plaintiff Jennifer Youngwith, Defendant Special Olympics Illinois, and Defendant Board of Education of Community High School District 94, these parties having settled their disputes in the above-captioned action and having stipulated and agreed to the terms of this Order, all parties having received due notice, and the Court being duly advised in the premises, IT IS HEREBY ORDERED THAT:

This action against Special Olympics Illinois and Board of Education of Community High School District 94, including all claims and pending motions therein, is dismissed in its entirety, with prejudice and without costs to any party, each party to bear his or its own costs and attorneys' fees.

So ordered.

The Honorable Charles R. Norgle, Sr.
United States District Court for the Northern
District of Illinois, Eastern Division

Dated: **March 23**, 2012

1